# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>PAUL JOSEPH ESPINOSA<br><br>Defendant(s) | Case No.  1:21-mj-00128 BAM |

**FILED**
Dec 01, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 12-June 26, 2021__ in the county of __Fresno__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2422(b) | Attempted Online Enticement and Coercion of a Minor to Engage in Illegal Sex Act |
| Title 18, United States Code, Section 1470 | Attempted Transfer of Obscene Material to Minor |

This criminal complaint is based on these facts:
See attached affidavit of HSI SA Kristin Berggren, attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kristin Berggren, Special Agent
*Printed name and title*

Sworn to me in accordance with Fed.R.Crim.P. 4.1 by email and telephone.

Date:  12/1/21

_____
*Judge's signature*

City and state:  Fresno, California

Hon. Barbara A. McAuliffe - U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AGAINST
PAUL JOSEPH ESPINOSA

I, Kristin Berggren, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), presently assigned to the Office of the Resident Agent in Charge, Fresno, California ("HSI Fresno"). I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). I have been employed as an HSI Special Agent (SA) for approximately fourteen years. I am a graduate of the Federal Law Enforcement Training Center (FLETC), Criminal Investigator and Immigration and Customs Enforcement Special Agent Training Programs. I have also attended the Human Smuggling and Human Trafficking Training Program at FLETC. In addition to my training at FLETC, I have a Bachelor of Arts Degree in Psychology and a Master of Science Degree in Criminal Justice. My law enforcement experience includes conducting physical surveillance, interviewing witnesses, victims and suspects, writing affidavits for and executing search warrants, handling confidential informants, analyzing phone records obtained from subpoenas, search warrants, and collecting and processing evidence. I also received various training in investigating and enforcing federal child pornography and other federal child exploitation laws, including the online enticement of minors to engage in illegal sex acts and attempt, in which computers are used as the means for receiving, transmitting, distributing, storing, and possessing images of minors engaged in sexually explicit conduct (hereafter referred to as "child pornography"), as well as the means to entice such minors. I have worked numerous

1

child pornography and other child sexual exploitation investigations and have been trained in the investigation of computer related child exploitation and child pornography cases, including Title 18, United States Code, Sections 1470, 1591, 2252 and 2422. In addition, I have been a member of the Central California Internet Crimes Against Children (ICAC) Task Force for seven years and have been the case agent or participated in numerous investigations involving internet crimes committed against children.

2. This affidavit supports a criminal complaint against Paul Joseph ESPINOSA for violating the following federal statutes:

    A. 18 U.S.C. § 2422(b) prohibits the use of a means or facility of interstate commerce, including the Internet, to knowingly persuade, induce, entice or coerce, or attempt to persuade, induce, entice or coerce, an individual under the age of 18 to engage in any sexual activity for which someone could be charged with a criminal offense;

    B. 18 U.S.C. § 1470 prohibits the knowing transfer, or attempt to transfer, obscene material to a minor under the age of 16 through the mail or any means of interstate or foreign commerce.

3. The information contained in this affidavit is based upon my personal observations, training and experience, and where noted, information related to me by other law enforcement officers and/or agents.

4. On May 12, 2021, the Fresno office of Homeland Security Investigations was conducting an undercover online proactive investigation on Instagram into the potential sex trafficking or other illegal sexual exploitation of minors online. Instagram is a social media application used to post photos and videos of the user to other Instagram users to which the person has provided access to his or her account, along with direct messaging other Instagram users. This investigation has been led by myself, as well as a colleague

Special Agent who has worked this investigation online in an undercover capacity as a 15 year-old female ("15 yo UC")).

5. While on Instagram and from a date range including May 12, 2021 through June 26, 2021, 15 yo UC, while using a confidential undercover Instagram account name (it is still being used in ongoing separate investigations), posted a profile picture as a female with black hair yet not looking up at the camera. Other pictures on the account are of makeup, shoes, perfume, different city locations and a picture of multiple $100 dollar bills.

6. On May 12, 2021 a male subject, later identified as Paul Joseph ESPINOSA (DOB July 20, 1967), whose identity is confirmed in following paragraphs of this Affidavit, infra, direct-messaged 15 yo UC on Instagram through the handle "moses89jr". ESPINOSA asked 15 yo UC where she made the money from the photo she had posted. 15 yo UC stated she made it by "hanging out" with people. ESPINOSA talked about a stripping company he was in charge of and asked if 15 yo UC would like to work for him. 15 yo UC replied she would love to and when ESPINOSA asked her for an ID to verify she was 18, she replied she could not give him an ID because she was not 18 yet. 15 yo UC told ESPINOSA that she would be 18 in 3 more years and would "hit him up then" and that she was not trying to get ESPINOSA in trouble.

7. On May 17, 2021 ESPINOSA called 15 yo UC through Instagram audio and had a 15:45" phone call with her. During the phone call ESPINOSA discussed where he lived and asked 15 yo UC where she lived. She again told ESPINOSA that she was 15 years old and ESPINOSA responded by telling her that he thought she was 12 years old. ESPINOSA then told 15 yo UC that he thought it was therefore "dangerous" to talk to her. ESPINOSA then talked to 15 yo UC about spanking, choking and hitting behind

3

closed doors. ESPINOSA further advised 15 yo UC that he had 7 girls that work for him. The call ended shortly thereafter.

8. ESPINOSA continued messaging 15 yo UC, asking her various questions including his asking her for another picture. 15 yo UC sent ESPINOSA a selfie of a girl who appeared to be 15 years of age and with a filter that showed her wearing glasses and bear ears. ESPINOSA then told 15 yo UC that she looked "really young". 15 yo UC later sent ESPINOSA a mirror selfie of a girl in a pink sweater with curly hair in a ponytail. ESPINOSA responded to 15 yo UC by telling her that she looked "way younger" and looked "11-12 years old". 15 yo UC responded by telling ESPINOSA again that she was only 15 years old. At this time ESPINOSA began to delete the messages from this conversation.

9. ESPINOSA continued messaging 15 yo UC on Instagram, however, and asked her if she was looking for someone to keep her safe and make her money. ESPINOSA also told her that they needed to "make time to sit down and talk."

10. ESPINOSA continued messaging 15 yo UC and on May 16, 2021 ESPINOSA told her that he was going to have her come by the prior evening, but she didn't answer. ESPINOSA then asked 15 yo UC for sexy pictures and if she wanted to chill. ESPINOSA then tried to call 15 yo UC through Instagram voice but she did not answer. ESPINOSA then talked about "spooning" and that he wanted her to feel protected "when you come up inside of me." ESPINOSA further asked 15 yo UC if she would "come over." ESPINOSA also told her that he was at The Bar at the corner of First and Gettysburg in Fresno, California and that he would rather be cuddling with her. ESPINOSA told 15 yo UC that he wanted her to get a ride and states he can't order her a Lyft "cause you know". ESPINOSA continued to message her about hanging out to cuddle and asking for more pictures. ESPINOSA then continued trying to call 15 yo UC,

but she did not answer. The conversation continued throughout the month of May and ESPINOSA continued asking 15 yo UC "hang out."

11. On June 2, 2021, ESPINOSA told 15 yo UC on Instagram "How are we supposed to enjoy each others company (curious emoji) at least for a night? We just lay there naked (eye heart emoji)! After we enjoy (wink emoji) each other?". ESPINOSA then stated to 15 yo UC "Just let me be daddy[1] and we can make money together".

12. On June 7, 2021, ESPINOSA continued asking 15 yo UC for a picture and also for "nude" and "half nude" pictures of her for his "eyes only." 15 yo UC then sent ESPINOSA a mirror photo of a girl in a red dress and with black hair with the cell phone obscuring her face. ESPINOSA then sent a selfie photo of himself. ESPINOSA continued asking for a picture for his "eyes only", referencing a nude photo. 15 yo UC then told ESPINOSA that he was "naughty" and ESPINOSA replied "Yes I am, Daddy is going to have his tongue and his hands and fingers and his dick all over and inside of you!!! You like that".

13. On June 10, 2021, ESPINOSA asked 15 yo UC for "naughty" pictures again and then sent her three (3) sexually explicit photos of what appeared to be adult nude females. In two of the photos there are what appears to be dildos inserted inside exposed anuses. ESPINOSA stated that they were photos of his "girls." 15 yo UC then told ESPINOSA that she was in Phoenix.

14. On June 23, 2021, 15 yo UC told ESPINOSA that she was back in town. In response, ESPINOSA asked her if she "missed daddy?" ESPINOSA then asked her "when does daddy get to see his baby" and sent selfie photos of himself. ESPINOSA then stated "What day do you come back? Can't wait to be inside of you". 15 yo UC

---

[1] Pimps often refer to themselves as "daddy" to the prostitutes who work for them.

5

replied that she was back already and ESPINOSA asked her when he would be able to see her.

15. ESPINOSA then asks 15 yo UC if she was "hustling with a pimp" and "not to lie." ESPINOSA also told her "Daddy will keep you safe". ESPINOSA continued asking 15 yo UC to "hang out" but stated he couldn't hangout until after 1am and that he needed to call his driver. 15 yo UC asked ESPINOSA if he had a driver because it's a limo and ESPINOSA stated "if you ever want a limo I'll get us one and then we can fuck in the back!!! How does that sounds?".

16. On June 24, 2021, ESPINOSA sent a message to 15 yo UC stating "I was right in the process of sending you a hard dick pic". ESPINOSA also attempted to call her multiple times.

17. On June 25, 2021, ESPINOSA messaged 15 yo UC and told her to find a ride to his place and he would give her $10 for gas money. ESPINOSA then said he will work on a ride so she can go straight there. ESPINOSA also told 15 yo UC: "Baby girl daddy don't stay in that part of town, too many Mexicans and all my business in this part of town! OK I just sold 10 of the 30 mg Adderall's for $100.00 OK last night!! And (Money emoji) I just sold 10 more for another $100.00 so as you can see daddy got a stay here in my part of town.". ESPINOSA then gave 15 yo UC his address at 2395 Beverly Ave in Clovis, CA, as well as directions regarding how to get there.

18. On June 25, 2021, a residential State Search warrant was authored by Fresno District Attorney Investigator Derek Scott for the residence of ESPINOSA at 2395 Beverly Ave in Clovis, CA. On the same date the Honorable Gregory T. Fain signed the warrant. By the time the warrant was issued, law enforcement confirmed that

ESPINOSA indeed lived at that address. Law enforcement planned to execute the warrant (and indeed executed it at the residence) the next day, or June 26, 2021.

19. On June 26, 2021 at 0947 hours, ESPINOSA again messaged 15 yo UC and then video called her on Instagram for a total of 22 minutes. 15 yo UC did not allow him to view her camera but she could view his. During the video chat ESPINOSA told her that he worked a lot, and that he hadn't previously trusted anyone with his "product" or his "money" but he had someone now. ESPINOSA then told 15 yo UC that he was "hanging out in his birthday suit" and all that was missing was her. 15 yo UC then told ESPINOSA that she was babysitting and her aunt would pick her up at 1pm. ESPINOSA then said if she got picked up by his driver that she needed "to tell him that she is 19" because "they are crossing that fine line". 15 yo UC and ESPINOSA discussed his coming over to her house and she tells ESPINOSA she could get food for him. In response, ESPINOSA states, "I don't like to eat when I cum you know" and laughs.

20. ESPINOSA then talked to 15 yo UC about having two girls that needed to be working and that he had to run ads and get them to shows because he had a bachelor party that wanted him to provide girls (strippers) that worked for him in Sanger, California. ESPINOSA continued talking to 15 yo UC about his stripping company. ESPINOSA also told 15 yo UC that when they were "out and about" he could not show "PDA" (public displays of affection). 15 yo UC then told ESPINOSA that she had to get off the phone because her little cousin finally wanted to eat something. In response, ESPINOSA stated "I want to eat something but it's not food" and giggled. They continued talking about meeting in person and ESPINOSA talked about "laying down next to each other in their birthday suits, skin touching skin." ESPINOSA then asked 15 yo UC for some sexy pictures. The call ended shortly thereafter.

21. Later, on June 26, 2021, ESPINOSA messaged 15 yo UC and asked her if she could come over to his residence. At 1313 hours ESPINOSA called her through Instagram and told her that he was going to take a shower and call his driver so he can go over to pick her up and to send him her address. He also told her that he intended to "put his phone on airplane mode for two hours."

22. Later that afternoon, HSI surveillance units staged at his residence (2395 Beverly, Clovis, CA), observed a 2014 Honda bearing the license plate #7HZW289 arrive at 2395 Beverly Ave and a male subject matching ESPINOSA's description exit the residence and enter the passenger seat and followed the vehicle away. At 1527 hours ESPINOSA asked 15 yo UC for her address and stated he was at Willow and Barstow. 15 yo UC gave ESPINOSA the address (an undercover residence used in the operation within Fresno, California) and ESPINOSA stated he was 6 to 9 minutes away. Surveillance teams observed the vehicle arrive in the neighborhood and park in the driveway of the undercover residence. An arrest team within the Fresno Police Department then moved in to arrest ESPINOSA. At time of his arrest, ESPINOSA was in possession of a silver and black iPhone S, a loaded Ruger firearm and cocaine. At the time of his arrest, ESPINOSA was booked on various state charges relating to the sexual exploitation of minors and gun possession, including but not limited to California Penal Code Sections 288.3 (contact or communications with minor with knowledge and intent to commit felony), 288.4 (arranging to meet minor for purpose of engaging in certain lewd and lascivious behavior), 647(b) (prostitution), and 15850(a) (carrying loaded firearm in public place).

23. During the interview of ESPINOSA after his arrest, he admitted he was coming to the residence to meet a 15-year-old but claims he did not intend to have sex with her.


24. On June 26, 2021, during execution of the Search Warrant at ESPINOSA's residence, both 15 yo UC and I interviewed ESPINOSA's roommate who likewise lived at the premises. During this interview, ESPINOSA's roommate stated that ESPINOSA was employing females to run a "stripper & hooker" business and provided "full service". The roommate stated that ESPINOSA would bring some of the girls to the residence and he knew some to be under 18 years of age.

25. On July 7, 2021, and pursuant to the authorization of a search warrant by Hon. Erica P. Grosjean of the United States District Court in Fresno, California, an extraction of evidence was performed on the iPhone 6s seized from ESPINOSA's person upon his arrest. The following evidence was identified pursuant to this extraction: (1) an Instagram account with the handle "moses89jr" and username of "Paul Espinosa" that included some of the messages sent to 15 yo UC's Instagram account. When ESPINOSA was arrested, he was attempting to delete Instagram messages from his phone. Those messages reviewed included those he was unable to delete; (2) a gmail account paulespinosa530@gmail.com; (3) several videos depicting ESPINOSA; and (4) multiple photos and videos of females, both fully nude and dressed in lingerie, and appearing to be posing for ESPINOSA's unlicensed company "MADMentertainment", which he advertises as offering female strippers in exchange for a fee. Some of the females were identified as being adults. Others have not yet been identified, or confirmed to be adults.

26. On the basis of the information contained in this affidavit, it is my belief that there is probable cause to conclude that Paul Joseph ESPINOSA has committed violations of 18 U.S.C. § 2422(b) and 18 U.S.C. § 1470.

27. Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a criminal complaint, not every fact related to this investigation has been included.

I declare under penalty of perjury under the laws of the United States that the information above in paragraphs 1-27 is true and correct.

_____
Kristin Berggren, Special Agent
Homeland Security Investigations

Sworn to me in accordance with Fed.R.Crim.P. 4.1 by email and telephone,

This __1__ day of December 2021.

_____
Honorable Barbara A. McAuliffe
United States Magistrate Judge