AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California



| | | |
|---|---|---|
| United States of America<br>v.<br>**PAUL JOSEPH ESPINOSA**<br><br>_____<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:21-mj-00128 BAM |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     PAUL JOSEPH ESPINOSA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2422(b) - Attempted Coercion and Enticement of a Minor to Engage in Illegal Sexual Activity
Title 18, United States Code, Section 1470 - Attempted Transfer of Obscene Material to Minor


Date:   12/01/2021                                                     *B. McAuliffe*
                                                                        *Issuing officer's signature*

City and state:   Fresno, California                             Hon. Barbara A. McAuliffe - U.S. Magistrate
                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/1/21, and the person was arrested on *(date)* 12/2/21
at *(city and state)* Fresno, CA.

Date: 12/2/21                                                         _____
                                                                        *Arresting officer's signature*

                                                                        F. Aguirre, IA
                                                                        *Printed name and title*