PHILLIP A. TALBERT
Acting United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Dec 16, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL JOSEPH ESPINOSA,<br><br>Defendants. | Case No. 1:21-CR-00313-NONE-SKO<br><br>VIOLATION: 18 U.S.C. § 2422(b) – Attempted Coercion and Enticement of a Minor; 18 U.S.C. §§ 922(g)(9) and 924(a)(2) – Unlawful Possession of Firearm; 18 U.S.C. § 2428, 18 U.S.C.§ 924(d)(1) and 28 U.S.C.§ 2461(c) – Criminal Forfeiture |

### I N D I C T M E N T

COUNT ONE:   [18 U.S.C. § 2422(b) – Attempted Coercion and Enticement of a Minor]

The Grand Jury charges: T H A T

PAUL JOSEPH ESPINOSA,

defendant herein, beginning on or about May 12, 2021, and continuing through on or about June 26, 2021, in Fresno County, State and Eastern District of California, and elsewhere, using facilities and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense, all in violation of Title 18, United States Code, Section 2422(b).

///

COUNT TWO: [18 U.S.C. §§ 922(g)(9) and 924(a)(2) – Unlawful Possession of Firearm]

The Grand Jury further charges T H A T:

PAUL JOSEPH ESPINOSA,

defendant herein, on or about June 26, 2021, in the County of Fresno, State and Eastern District of California, knowing that he had previously been convicted of a misdemeanor crime of domestic violence, to wit:

(1) on or about April 20, 2007, in the Santa Clara County (California) Superior Court, for Infliction of Corporal Injury on Present or Former Spouse or Cohabitant, in violation of California Penal Code, Section 273.5(a);

did knowingly possess a firearm, specifically, a Ruger LC 380 pistol, Serial No. 323-36232, in and affecting commerce, in that said firearm had previously been transported and shipped in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2428 and § 924(d)(1); 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in Count One of this Indictment, defendant PAUL JOSEPH ESPINOSA shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation, and any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violation, including but not limited to the following property:

    a) iPhone 6S cellular phone, seized from defendant by law enforcement on or about June 26, 2021;

    b) Lenovo ThinkPad Computer, seized from defendant by law enforcement on or about June 26, 2021; and

    c) computers, SD cards, compact discs, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about June 26, 2021.

///

2. Upon conviction of the offense alleged in Count Two of this Indictment, defendant PAUL JOSEPH ESPINOSA shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

3. If any property subject to forfeiture as a result of the offenses alleged in this Indictment, for which defendant is convicted:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third party;

    c) has been placed beyond the jurisdiction of the Court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United State Code, Sections 2253(b), and 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

PHILLIP A. TALBERT
Acting United States Attorney

**KIRK E. SHERRIFF**
KIRK E. SHERRIFF
Assistant United States Attorney
Chief, Fresno Office

INDICTMENT          3