No. _ _ _ _ _ _ _ _ _ _

**FILED**

**Dec 16, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*                    1:21-CR-00313-NONE-SKO

### THE UNITED STATES OF AMERICA
*vs.*

### PAUL JOSEPH ESPINOSA

## I N D I C T M E N T

**VIOLATION(S):**  VIOLATION:  18 U.S.C. § 2422(b) – Attempted Coercion and Enticement of a Minor; 18 U.S.C. §§ 922(g)(9) and 924(a)(2) – Unlawful Possession of Firearm; 18 U.S.C. § 2428, 18 U.S.C.§ 924(d)(1) and 28 U.S.C.§ 2461(c) – Criminal Forfeiture

*A true bill,*

_ _ _ _ _ _ _ _ _ /S/ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                          *Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _ _ _ _ _ , *A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                          *Clerk.*

*Bail, $* _ _ _ _ _ As Previously Set _ _ _ _ _

_ _ _ _ B. McAuliffe _ _ _ _ _ _ _ _ _ _ _ 12/16/21 _ _ _ _ _

GPO 863 525

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING: Case No.

See Indictment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: FRESNO COUNTY

U.S.C. Citation: See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DEFENDANT – – U.S. vs.**
PAUL JOSEPH ESPINOSA

Address:

Birth Date:

☒ Male ☐ Alien
☐ Female (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
SA Kristin Berggren- HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.
1:21-MJ-00128-BAM

Name and Office of Person Furnishing Information on
THIS FORM: KERRY RIN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): BRIAN ENOS

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?
☐ Yes
☐ No
If "Yes," give date filed
Mo.  Day  Year

DATE OF ARREST ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo.  Day  Year
DATE TRANSFERRED TO U.S. CUSTODY ⇨

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS
[X] ADD FORFEITURE UNIT (Check if Forfeiture Allegation)

**Preliminary Hearing set for 12/27/2021 at 2:00 P.M.**

## United States v. Paul Joseph Espinosa
### Penalties for Indictment

**Defendant**

**PAUL JOSEPH ESPINOSA**

**COUNT 1:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 2422(b) – Online Coercion and Enticement and Attempt |
| PENALTIES: | Mandatory minimum of 10 years in prison and a maximum of up to LIFE in prison; <br> Fine of up to $250,000; or both fine and imprisonment <br> Supervised release of at least 5 years up to life |

SPECIAL ASSESSMENT: $100 (18 U.S.C. § 3013)

**COUNT 2:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 922(g)(9) – Unlawful Possession of Firearm |
| PENALTIES: | Maximum of up to 10 years in prison; <br> Fine of up to $250,000; or both fine and imprisonment <br> Supervised release of up to 3 years |

SPECIAL ASSESSMENT: $100

**FORFEITURE ALLEGATION:   PAUL JOSEPH ESPINOSA**

| | |
|---|---|
| VIOLATION: | 18 USC § 2428, 18 USC § 924(d)(1); 28 USC 2461(c) |
| PENALTIES: | As stated in the charging document. |