PHILLIP A. TALBERT
Acting United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>PAUL JOSEPH ESPINOSA,<br><br>      Defendant. | Case No: 1:21-cr-00313 NONE/SKO<br><br>**STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION; [PROPOSED] PROTECTIVE ORDER RE: SAME**<br><br>Ctrm:  8<br><br>Hon. Sheila K. Oberto |

WHEREAS, the discovery in this case contains (1) private personal information regarding third parties, including but not limited to their names, physical descriptions, social media identifiers, telephone numbers and/or residential addresses, as well as (2) confidential information regarding or otherwise contained within certain social media applications and websites ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

1

The parties agree that entry of a stipulated protective order is therefore appropriate.

THEREFORE, defendant PAUL JOSEPH ESPINOSA, by and through his counsel of record, Matthew Lemke, Esq. ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Brian W. Enos, hereby agree and stipulate as follows:

1.      This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, as well as its general supervisory authority.

2.      This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3.      By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents or other information that contain Protected Information with anyone other than Defense Counsel's attorneys, designated defense investigators, designated defense experts, and support staff. Defense Counsel may permit the defendant to view unredacted documents or other information in the presence of his attorneys, defense investigators, and/or support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents or other information, if any, from which Protected Information has first been redacted.

4.      The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or alternatively keep it archived within its sole possession at the conclusion of the case.

5.      Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.      Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7.      In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to return the discovery to the government, or, at the request of government counsel, to forward it to new

1    counsel after new counsel has confirmed to government counsel in writing his or her agreement to the

2    terms of this Order.

3    IT IS SO STIPULATED.

4                                           (*As auth. 12/23/21*)

5    Dated: December 23, 2021              By:    /s/ Matthew Lemke
                                                  Matthew Lemke, Esq.
6                                                 Attorney for Defendant
                                                  Paul Joseph Espinosa
7

8    Dated: December 23, 2021              PHILLIP A. TALBERT
                                           Acting United States Attorney
9

10                                         By:    /s/ Brian W. Enos
                                                  Brian W. Enos
11                                                Assistant U.S. Attorney

12   IT IS SO ORDERED.

13

14   Dated:

15                                         Hon. Sheila K. Oberto
                                           United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            3