PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
CHRISTINA M. McCALL
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PAUL JOSEPH ESPINOSA,<br>Defendant. | CASE NO. 1:21-CR-00313-JLT-SKO<br><br>STIPULATION TO RESET TRIAL CONFIRMATION HEARING; SET BRIEFING SCHEDULE AND CORRESPONDING HEARING; AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Court set this matter for a jury trial on October 24, 2023, with a Trial Confirmation Hearing on October 2, 2023. ECF 33.

2. Defense counsel is unavailable on October 2, 2023.

3. The parties request that the Court vacate the previously set Trial Confirmation Hearing date of October 2, 2023, and reset the Hearing for September 25, 2023.

4. The parties also request that the Court approve the following schedule for pretrial motions:

a) Each party shall file pretrial motions or motions in limine by September 11, 2023.

b) Each party shall file responses or oppositions to the other party's motions by

September 18, 2023.

5. The parties jointly request that the Court set a hearing on the motions on September 25, 2023.

IT IS SO STIPULATED.

Dated: June 26, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated: June 26, 2023

/s/ BARBARA O'NEILL
BARBARA O'NEILL
Counsel for Defendant
PAUL JOSEPH ESPINOSA

**ORDER**

The Court has read and considered the parties' Stipulation. The Court hereby vacates the Trial Confirmation Hearing date set for October 2, 2023, and resets the Trial Confirmation Hearing for September 25, 2023. On September 25, 2023, the Court will conduct a hearing on the pretrial motions and motions in limine. The Court adopts the proposed pretrial briefing schedule set forth above.

IT IS SO ORDERED.

Dated: **June 27, 2023**

UNITED STATES DISTRICT JUDGE