PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
CHRISTINA M. McCALL
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL JOSEPH ESPINOSA,<br><br>Defendant. | CASE NO. 1:21-CR-00313-JLT-SKO<br><br>STIPULATION TO CONVERT TRIAL CONFIRMATION HEARING TO CHANGE-OF-PLEA HEARING AND CONTINUE DEADLINE FOR FILING RESPONSES TO MOTIONS; AND ORDER |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties request that the Court convert the trial confirmation hearing on September 25, 2023, to a change-of-plea hearing.

2. The parties believe that a plea agreement is likely to be reached, resolving this case before the trial confirmation hearing. The defendant and his counsel will be discussing the terms of the proposed plea offer during the week of September 18, 2023.

3. By previous order, the Court set a briefing schedule for pretrial motions and responses. Dkt. 37. The Court ordered the parties to file responses to the other party's motions by September 18, 2023.

4. The parties therefore request additional time for the defendant and his counsel to discuss

1

1  the plea agreement. If an agreement is not reached, the parties intend to file responses to motions by September 27, 2023.

5. Further, the Court noted in its Pretrial Order that it does not intend to conduct a motions in limine hearing on September 25, 2023, as previously scheduled. Dkt. 41.

6. The parties request that the Court continue the deadline for the parties to file responses to motions to September 27, 2023.

IT IS SO STIPULATED.

| Dated: September 17, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ BRITTANY M. GUNTER<br>BRITTANY M. GUNTER<br>Assistant United States Attorney |
| Dated: September 17, 2023 | /s/ BARBARA O'NEILL<br>BARBARA O'NEILL<br>Counsel for Defendant<br>PAUL JOSEPH ESPINOSA |

**ORDER**

The Court has read and considered the parties' Stipulation. The Court sets this case for a change-of-plea hearing on September 25, 2023. The Court hereby continues the deadline for filing responses to motions to September 27, 2023.

IT IS SO ORDERED.

Dated:   **September 18, 2023**

UNITED STATES DISTRICT JUDGE