PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00313-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: March 4, 2024 |
| PAUL JOSEPH ESPINOSA, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Jennifer L. Thurston |

The United States of America, by and through its counsel of record, and defendant Paul Joseph Espinosa, by and through defendant's counsel of record, Barbara O'Neill, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 4, 2024, at 9:00 a.m. Dkt. 51.

2. The pretrial officer informed the parties that she needs additional time to prepare the draft presentence investigation report ("PSR") for this case.

3. Accordingly, the parties stipulate to continue the defendant's sentencing hearing from March 4, 2024, at 9 a.m. to March 25, 2024, at 9:00 a.m. The continuance will allow additional time for the preparation of the PSR.

///

///

4. No exclusion of time is necessary as the defendant previously entered a guilty plea.

IT IS SO STIPULATED.

Dated:  February 1, 2024					PHILLIP A. TALBERT
								United States Attorney


								/s/ BRITTANY M. GUNTER
								BRITTANY M. GUNTER
								Assistant United States Attorney


Dated:  February 1, 2024					/s/ BARBARA O'NEILL
								BARBARA O'NEILL
								Counsel for Defendant


## ORDER

IT IS ORDERED that the sentencing hearing currently set for March 4, 2024, at 9:00 a.m. is continued until **March 25, 2024, at 9:00 a.m.**

IT IS SO ORDERED.

Dated:  **February 1, 2024**					_____
								UNITED STATES DISTRICT JUDGE