PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
CHRISTINA M. MCCALL
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL JOSEPH ESPINOSA,<br><br>Defendant. | CASE NO. 1:21-CR-00313-JLT-SKO<br><br>FINAL ORDER OF FORFEITURE |

On or about October 6, 2023, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2428(a)(1), based upon the plea agreement entered into between plaintiff and defendant Paul Joseph Espinosa forfeiting to the United States the following property:

    a.    iPhone 6S cellular phone, seized from the defendant by law enforcement on or about June 26, 2021;

    b.    Lenovo ThinkPad Computer, seized from the defendant by law enforcement on or about June 26, 2021; and,

    c.    Any additional computers, thumb drives, SIM cards, SD cards, compact discs, hard drives, cell phones, or other electronic storage devices seized from the defendant by law enforcement on or about June 26, 2021.

Beginning on October 20, 2023, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site

1

www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2428(a)(1), including all right, title, and interest of Paul Joseph Espinosa.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection/Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **April 1, 2024**

_____
UNITED STATES DISTRICT JUDGE